UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PERRY JACKSON, # 106488                      CIVIL ACTION

VERSUS                                        NO. 00-0322

STATE OF LOUISIANA, ET AL                     SECTION SECT. A MAG. 6

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☑ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

New Orleans, Louisiana, this 4th day of February 2000.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  FEB - 8 2000