

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -7 P 12: 00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PERRY JACKSON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0322** |
| **STATE OF LOUISIANA, ET AL.** | * | **SECTION: "A"(6)** |

## ORDER

**PERRY JACKSON** has applied to this Court for a writ of habeas corpus under Title 28, United States Code, Section 2254. In order for the Court to determine the action, if any, that shall be taken on this application,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of this application and this Order on the Attorney General for the State of Louisiana and the District Attorney and the Clerk of Court for Orleans Parish, Louisiana.

**IT IS ORDERED** that the Attorney General and District Attorney file an answer to the application, together with a legal memorandum of authorities in support of the answer within thirty (30) days of the date of service. The answer shall state whether petitioner has exhausted state remedies, including any post-conviction remedies available to petitioner under Louisiana law and petitioner's right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceedings. The answer shall further set forth the

DATE OF ENTRY FEB 0 8 2000

Fee ____
Process ____
X Dktd ____
___ CtRmDep
___ Doc.No. ____

dates of filing and disposition of each appeal and post-conviction application and whether the 1-year period of limitation for filing this petition has expired.

**IT IS FURTHER ORDERED** that the District Attorney for Orleans Parish, Louisiana shall file with the Court within thirty (30) days of the entry of this order, a certified copy of the entire state court record. **This shall include all pleadings, briefs, memoranda, and other documents filed in connection with any application for post-conviction relief or appeal, transcripts of all proceedings held in any state court, and all state court dispositions.** In the event the District Attorney is unable to produce any of these documents, he shall advise this Court in writing why he is unable to do so.

**IT IS FURTHER ORDERED** that the Clerk of Court shall take necessary precautions to insure that the state court record is not damaged or destroyed and shall, within thirty (30) days of the finality of these proceedings, including any appellate proceedings, return the state court record to the Clerk of Court for Orleans Parish, Louisiana.

All state court documents which are to be filed pursuant to this Order should be addressed to the Office of the Clerk, Pro Se Law Clerk, United States District Court, Room C-151, New Orleans, Louisiana 70130

New Orleans, Louisiana this _____ day of ___February___, 2000.

_____
UNITED STATES MAGISTRATE JUDGE