

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -3 P 3: 41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PERRY JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0322** |
| **STATE OF LOUISIANA** | **SECTION "A"(6)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

NOW INTO COURT, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

    1. Respondent's brief is due March 6, 2000.

    2. Undersigned counsel has requested but not yet received the State court record in this matter. A copy of the letter requesting the State Court record is attached.

MAR 1 0 2000

DATE OF ENTRY _____

1



Fee_____
Process___
X Dktd___
CtRmDep___
Doc.No.___

3. Due to counsel's heavy caseload, additional time is required to prepare a response in this matter.

4. Undersigned counsel is unaware of any opposition to an extension in this matter.

**WHEREFORE**, respondent respectfully requests an additional twenty days (20) from the original return date, or until the 27th day of March, 2000, in which to file a response in this matter.

Respectfully submitted,

_____
CATE L. BARTHOLOMEW, BAR# 24956
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA  70119
Telephone:  (504) 822-2414

<u>O R D E R</u>

IT IS ORDERED that respondent herein be granted an extension ~~of~~ ~~day(s), or~~ until the 27th day of March, 2000 in which to file a response in the captioned matter.

*[signature]*
U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 10th day of March, 2000

New Orleans, Louisiana.