MINUTE ENTRY
MOORE, M.J.
April 5, 2000

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -6  A 9:28

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERRY JACKSON | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0322 |
| STATE OF LOUISIANA | * | SECTION: "A (6) |

### ORDER

Before the court is petitioner's "Motion for Appointment of Counsel." There is no constitutional right to counsel in a habeas corpus proceeding. **Pennsylvania v. Finley**, 481 U.S. 551, 555 (1987). Moreover, review of petitioner's request for relief filed pursuant to 28 U.S.C. §2254 does not reveal any complex legal issues which would warrant appointment of counsel under 18 U.S.C. §3006A(a)(2)(B).

Accordingly, **IT IS ORDERED** that petitioner's motion for appointment of counsel is **DENIED**.

LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY COUNSEL
AND PRO SE PETITIONER**

DATE OF ENTRY
APR 0 6 2000