```
                                    FILED
                             U.S. DISTRICT COURT
                           EASTERN DISTRICT OF LA

                              2000 JUN -6  P 2: 28

                              LORETTA G. WHYTE
                                   CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERRY JACKSON | CIVIL ACTION |
| VERSUS | NO. 00-322 |
| STATE OF LOUISIANA | SECTION "A" |

### J U D G M E N T

Considering the written Order of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED, AND DECREED, that the application for federal habeas relief of Perry Jackson be and is hereby dismissed with prejudice as time-barred.

New Orleans, Louisiana, this 6th day of June, 2000.

_____
LORETTA G. WHYTE, CLERK

APPROVED AS TO FORM:

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN - 6 2000